UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICAH J. HAMMOND,
TRISTAN J. SWOKOWSKI, and
ALLAN J. PERRY,

    Defendants.

Case No. 21-CR-020

[21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846; 18 U.S.C. § 2(a)]

**Green Bay Division**

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT**:

Beginning on or about January 1, 2020, and continuing until on or about July 3, 2020, in the State and Eastern District of Wisconsin and elsewhere,

**MICAH J. HAMMOND,
TRISTAN J. SWOKOWSKI, and
ALLAN J. PERRY**

knowingly and intentionally conspired with each other and with persons known and unknown to the grand jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin and fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(C).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 3, 2020, in the State and Eastern District of Wisconsin,

**MICAH J. HAMMOND and
TRISTAN J. SWOKOWSKI**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 8, 2020, in the State and Eastern District of Wisconsin,

**MICAH J. HAMMOND and
TRISTAN J. SWOKOWSKI**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 12, 2020, in the State and Eastern District of Wisconsin,

**MICAH J. HAMMOND**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## NOTICE OF FORFEITURE

1. Upon conviction of any of the controlled substance offenses, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offenses.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

███████████████████████
FOREPERSON

Dated: January 20, 2021

MATTHEW D. KRUEGER
United States Attorney

5